IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

MICHAEL HOLLOMAN, SR., etc., }
et al., }
 }
Plaintiffs, }   CIVIL ACTION NO.
 }
v. }   00-AR-1855-J
 }
WALKER COUNTY BOARD OF }
EDUCATION, et al., }
 }
Defendants. }
 }
 }
 }

ENTERED
NOV 21 2000

**<u>MEMORANDUM OPINION</u>**

The motion to dismiss filed by defendant, Jason Adkins, on November 9, 2000, and the supplemental motion to dismiss filed by the other defendants on November 16, 2000, were heard at this court's regular motion docket on November 20, 2000. When on August 2, 2000, plaintiff consented to the dismissal of his above-styled action against Jason Adkins, without prejudice, it was not contemplated by the court when it ordered the dismissal on August 11, 2000, that the action as against Jason Adkins could be reinstated or refiled **in this case**. For this reason, the motion of defendant, Jason Adkins, to dismiss the action as against him, as stated in the amended complaint, will be granted by separate order.

The supplemental motion by the other defendants to dismiss the action insofar as it purports to seek a class determination under Rule 23 F.R.Civ.P., will be granted for the reasons that follow.



The parties agreed during their respective oral presentations that the court can and will, in the event of a finding of a constitutional violation calling for injunctive relief, fashion an injunction which will satisfy the needs of any and all members of the putative class, thus making unnecessary the rigorous inquiry that would be called for establishing a class. The court hereby confirms this understanding and accordingly will grant defendant's motion to dismiss the action insofar as it seeks class status.

DONE this 21st day of November, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE